UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LYDIA RICHARDS,

                         Plaintiff,                    **ORDER**

    -against-                                23 Civ. 10223 (JCM)

COSTCO WHOLESALE CORPORATION,

                        Defendant.
-----------------------------------------------------------------X

       On December 17, 2024, the parties reached a settlement in the above-captioned matter. Therefore, it is hereby

       ORDERED, that this action be and hereby is discontinued with prejudice but without costs to any party; provided, however, that if settlement is not consummated by January 31, 2025, plaintiff may apply, by letter, by that date for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

       To be clear, any application to reopen must be filed by January 31, 2025; any application to reopen filed thereafter may be denied solely on that basis.

       The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by January 31, 2025 with a request that the agreement be "So Ordered" by the Court.

Dated: December 18, 2024
       White Plains, New York

                                                    **SO ORDERED:**

                                                     */s/ Judith C. McCarthy*
                                                     JUDITH C. McCARTHY
                                                   United States Magistrate Judge